WILLIAM H. GREEN, #129846
WILLIAM H. GREEN, ATTORNEY
2 Wanda Way
Martinez, California 94553
Telephone: (925) 890-6408
Facsimile: (925) 887-4357
Email: greenbill@pacbell.net

Attorney for Defendant
Emile Y. Jilwan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (aka MICHAEL F. KARA), EMILE YOUSSEF JILWAN,<br><br>Defendants. | CASE NO. CR 09 0417 EMC<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME<br><br>Hon. Edward M. Chen |

WHEREAS, co-defendants MAHER FAYEZ KARA and MOUNIR FAYEZ KARA recently agreed to resolve their cases leaving EMILE YOUSSEF JILWAN as the only remaining defendant, and defendant's counsel believes that additional time is necessary for effective preparation and to pursue resolution of the defendant's case prior to setting a trial date in light of the change of posture of the co-defendants' cases;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

-1-

WHEREAS, the defendant consents to a continuation of this case for the above reasons and consents to the exclusion of time from September 7, 2011 until October 5, 2011 and the government does not object to this request;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from September 7, 2011 until October 5, 2011 shall be excluded in computing the time within which the trial of the offense alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

The parties respectfully request that the Court vacate the status hearing currently scheduled for 2:30 p.m. on September 7, 2011, and reschedule this matter for a Trial and Motions Setting Conference at 2:30 p.m. on October 5, 2011.

.

DATED: September 2, 2011          MELINDA HAAG
United States Attorney

                                          ___/s/_____
                                          Adam A. Reeves
                                          Assistant United States Attorney

DATED: September 2, 2011          _____/s/_____
                                          William H. Green, Esq.
                                          Counsel for Emile Jilwan

On the basis of material submitted to the Court, IT IS HEREBY ORDERED:

The Court finds that the ends of justice served by granting a continuance from until September 7, 2011 until October 5, 2011 outweighs the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time from September 7, 2011 until October 5, 2011 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

The Court vacates the status hearing currently scheduled for 2:30 p.m. on September 7, 2011, and reschedules this matter for a Trial and Motions Setting Conference on October 5, 2011 at 2:30 p.m. and defendant Emile Jilwan is required to appear at that time.

IT IS SO ORDERED.

Dated: 9/6/11

By: _____
DISTRICT JUDGE



-3-