CARL H. LOEWENSON, JR. (*pro hac vice*)
CLoewenson@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
JUSTIN D. HOOGS (CA SBN 267699)
JHoogs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAHER FAYEZ KARA, *et al.*, <br><br> Defendants. | Case No. CR-09-0417 EMC <br><br> **STIPULATION AND [P<s>ROPO</s>SED] ORDER REGARDING STATUS CONFERENCE** |

| | |
|---|---|
| 1 | WHEREAS, Maher Kara and the United States Attorney's Office for the Northern District |
| 2 | of California entered into a written plea agreement pursuant to Rules 11(c)(1)(A) and 11(c)(1)(B) |
| 3 | of the Federal Rules of Criminal Procedure on July 6, 2011; |
| 4 | WHEREAS, the Court held a change of plea hearing on July 6, 2011 and set a status |
| 5 | conference for December 14, 2011 at 2:30 p.m.; |
| 6 | WHEREAS, the parties agreed to defer the sentencing report process as reflected in the |
| 7 | criminal minutes of the July 6, 2011 change of plea hearing; |
| 8 | WHEREAS, there has been no change in status with respect to Maher Kara and the parties |
| 9 | continue to agree to defer the sentencing report process; |
| 10 | WHEREAS, the parties agree that Maher Kara's presence is not required at the status |
| 11 | conference set for December 14, 2011 at 2:30 p.m. pursuant to Rule 43(b)(3) of the Federal Rules |
| 12 | of Criminal Procedure; |
| 13 | THEREFORE, it is hereby stipulated by and between the parties that Maher Kara's |
| 14 | appearance at the status conference set for December 14, 2011 at 2:30 p.m. is waived. |

| | |
|---|---|
| 1 | IT IS SO STIPULATED: |
| 2 | Dated: December 8, 2011 |

IT IS SO STIPULATED:

Dated: December 8, 2011

MELINDA HAAG
United States Attorney

By: /s/ *Adam A. Reeves*
     ADAM A. REEVES

Assistant United States Attorney

Dated: December 8, 2011

CARL H. LOEWENSON, JR.
GEORGE C. HARRIS
JUSTIN D. HOOGS
MORRISON & FOERSTER LLP

By: /s/ *George C. Harris*
     GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 12/12/11

HON. EDWARD M. CHEN
United States District Judge
Northern District of California

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Edward M. Chen]*

STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE
Case No. CR-09-0417 EMC
sf-3081044

2

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | In accordance with General Order 45, concurrence in the filing of this document has been |
| 3 | obtained from the other signatories and I shall maintain records to support these concurrences for |
| 4 | subsequent production for the court if so ordered or for inspection upon request by a party. |

                         /s/ *George C. Harris*
                         GEORGE C. HARRIS

                         Attorneys for Defendant
                         MAHER KARA