MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Kara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNIR KARA,<br><br>Defendant | Case No.: CR-09-00417 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF DEFENDANT MOUNIR KARA'S APPEARANCE AT STATUS CONFERENCE** |

WHEREAS, Mounir Kara and the United States Attorney's Office for the Northern District of California entered into a written plea agreement pursuant to Rules 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rules of Criminal Procedure on July 13, 2011;

WHEREAS, the Court held a change of plea hearing on July 13, 2011 and set a status conference for December 14, 2011 at 2:30 p.m.;

WHEREAS, the parties agreed to defer the sentencing report process as reflected in the criminal minutes of the July 13, 2011 change of plea hearing;

WHEREAS, there has been no change in status with respect to Mounir Kara and the parties continue to agree to defer the sentencing report process;

WHEREAS, the parties agree that Mounir Kara's presence is not required at the status conference set for December 14, 2011 at 2:30 p.m. pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure;

THEREFORE, it is hereby stipulated by and between the parties that Mounir Kara's appearance at the status conference set for December 14, 2011 at 2:30 p.m. is waived.

Dated:	12/12/11	Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR MOUNIR KARA

MELINDA L. HAAG
U.S. ATTORNEY

//s//

ADAM A. REEVES
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:	12/12/11



_____
HON. EDWARD M. CHEN
U.S. DISTRICT