1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, New York 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHER FAYEZ KARA, *et al.*,<br><br>Defendants. | Case No. 09-CR-00417-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS** |

| | |
|---|---|
| 1 | |
| 2 | Defendant, Maher Kara, by and through his counsel, Justin D. Hoogs, hereby stipulates |
| 3 | and requests an order temporarily amending Mr. Kara's bail terms of release to permit him to take |
| 4 | a trip to Phoenix, Arizona from February 2, 2012 until February 5, 2012; and a trip to Chicago |
| 5 | and Alsip, Illinois from April 13, 2012 until April 24, 2012. The United States through its |
| 6 | counsel, Assistant United States Attorney Adam A. Reeves, has no objection to this request and |
| 7 | stipulates to the form of the order. |
| 8 | The parties agree and stipulate to temporarily amend the terms of Mr. Kara's release to |
| 9 | permit him to fly to Phoenix, Arizona on Thursday, February 2, 2012, departing at 12:40 p.m. |
| 10 | (PST) from San Francisco International Airport ("SFO") on Southwest Airlines flight 2376 to |
| 11 | Phoenix Sky Harbor International Airport ("PHX"), arriving at 3:40 p.m. (MST). Mr. Kara will |
| 12 | return on Sunday, February 5, 2012, departing at 4:50 p.m. (MST) from PHX on Southwest |
| 13 | Airlines flight 573 to SFO, arriving at 5:55 p.m. (PST). The purpose of the trip is business and to |
| 14 | visit family friend Jonathan Mauck. Mr. Kara will stay at the house of Mr. Mauck, located at |
| 15 | 7161 E. Rancho Vista Drive #5001, Scottsdale, Arizona 85251. |
| 16 | The parties agree and stipulate to temporarily amend the terms of Mr. Kara's release to |
| 17 | permit him to fly to Chicago, Illinois on Friday, April 13, 2012, departing at 1:30 p.m. (PDT) |
| 18 | from San Francisco International Airport ("SFO") on Southwest Airlines flight 383 to Chicago |
| 19 | Midway Airport ("MDW"), arriving at 7:40 p.m. (CDT). Mr. Kara will return on Tuesday, April |
| 20 | 24, 2012, departing at 12:05 p.m. (CDT) from MDW on Southwest Airlines flight 168 to SFO, |
| 21 | arriving at 2:55 p.m. (PDT). Mr. Kara's wife, Susie, and two children will be traveling with him. |
| 22 | The purpose of the trip is to visit family. Mr. Kara and his wife and children will stay at the |
| 23 | house of Susie Kara's mother, located at 12640 S. Alpine Drive, Unit #7, Alsip, Illinois 60803. |
| 24 | WHEREAS, the parties have agreed to the parameters of the travel described herein; |
| 25 | WHEREAS, the parties have consulted Mr. Kara's Pretrial Services Officer, Joshua |
| 26 | Libby, and he has consented to the travel requests; |
| 27 | THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Mr. |
| 28 | Kara will be temporarily amended to permit the travel detailed herein. |

IT IS SO STIPULATED:

Dated: January 26, 2012   MELINDA HAAG
                          United States Attorney


                          By:  /s/ *Adam A. Reeves*
                               ADAM A. REEVES
                               Assistant United States Attorney

Dated: January 26, 2012   CARL H. LOEWENSON, JR.
                          GEORGE C. HARRIS
                          JUSTIN D. HOOGS
                          MORRISON & FOERSTER LLP


                          By:  /s/ *Justin D. Hoogs*
                               JUSTIN D. HOOGS

                          Attorneys for Defendant
                          MAHER KARA

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ *Justin D. Hoogs*
JUSTIN D. HOOGS

Attorneys for Defendant
MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 26 Jan 2012            _____
                              Hon. Bernard Zimmerman
                              United States Magistrate Judge