MELINDA HAAG (CSBN 132712)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7157
    Facsimile: (415) 436-7234
    Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>EMILE YOUSSEF JILWAN,<br>    Defendant. | Case No. CR 09 – 0417 EMC<br><br>STIPULATION AND<br>[P~~RO~~PO~~~~SED] ORDER |

WHEREAS, on January 25, 2012, the United States and the defendant, Emile Youssef Jilwan, entered into a Deferred Prosecution Agreement whereby, as described in further detail therein, the defendant admitted and accepted responsibility for the conduct alleged in Count Thirty-Eight of the Indictment, charging him with obstruction in violation of 18 U.S.C. § 1505; promised to cooperate with the government's related cases; and promised to settle the forfeiture allegations charged by the United States and make all required payments pursuant to the defendant's settlement of a parallel civil enforcement action brought by the United States Securities and Exchange Commission. Pursuant to the Deferred Prosecution Agreement, and in reliance on the defendant's promises made therein, the United States deferred its prosecution of County Thirty-Eight; and dismissed the charges in Counts One and Thirty through Thirty-Six, as

to defendant Emile Jilwan only.

    WHEREAS, the Court adjourned the matter until January 23, 2013 for status and found that the period of time from January 25, 2012 to January 23, 2013 was properly excluded in computing the time within which the trial of the offense alleged in the Indictment must commence pursuant to 18 U.S.C. § 3161(h)(2) because this was a period of delay during which prosecution would be deferred by the attorney for the government pursuant to a written agreement, in this case, the January 25, 2012 Deferred Prosecution Agreement, with approval from the Court, for the purpose of allowing the defendant to demonstrate his good conduct.

    THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from January 25, 2012 to January 23, 2013 shall be excluded, pursuant to 18 U.S.C. § 3161(h)(2), in computing the time within which the trial of the offense alleged in the Indictment for defendant Emile Jilwan must commence under Title 18, United States Code, Section 3161.

DATED: February 8, 2012

MELINDA HAAG
United States Attorney

/s/
_____

Adam A. Reeves
Assistant United States Attorney

DATED: February 8, 2012

/s/
_____

William H. Green, Esq.
Counsel for Emile Jilwan

**IT IS SO ORDERED.**

DATED: 2/14/12



HON.
United
Northe

*United States v. Jilwan.*, Case No. CR 09 - 0417 EMC
STIPULATION AND[ PROPOSED] ORDER

2