MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Michael Kara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KARA,<br><br>Defendant | Case No.: CR-09-00417 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BAIL CONDITIONS** |

The parties hereby stipulate and move this Court to enter an order allowing defendant Michael Kara to travel to the District of Hawaii with his family on vacation between July 12 and July 17, 2012. Michael must provide his specific itinerary, including hotel and air travel, and contact information for the trip to his supervising Pretrial Services Officer.

Mr. Kara is charged with insider trading. His release conditions currently limit his travel to the Northern District of California except for travel to the Eastern District of California for work related trips.

Mr. Duncan in his more than three years on supervision in this case has had no violations.

Dated: Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR MICHAEL KARA

MELINDA L. HAAG
US ATTORNEY

//s//

ADAM REEVES
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: 7-6-12

HON. MARIA ELENA JAMES
US MAGISTRATE JUDGE