CARL H. LOEWENSON, JR. (*pro hac vice*)
CLoewenson@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
JUSTIN D. HOOGS (CA SBN 267699)
JHoogs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAHER FAYEZ KARA, *et al.*,

Defendants.

Case No. 09-CR-00417-EMC

**STIPULATION AND ~~[PROPOSED~~] ORDER TO AMEND MAHER KARA'S CONDITIONS OF RELEASE**

Defendant Maher Kara, by and through his counsel, George C. Harris, respectfully moves the Court to amend the conditions of Mr. Kara's release, pursuant to 18 U.S.C. § 3145(a)(2), to permit Mr. Kara to travel within the United States without prior authorization of the Court, provided that Mr. Kara advises Pretrial Services when he travels outside the Northern District of California. The United States through its counsel, Assistant United States Attorney Adam A. Reeves, has no objection to amending Mr. Kara's conditions of release and stipulates to the form of the order.

WHEREAS, by order of the Court dated April 30, 2009, Mr. Kara was released on the condition that he not travel outside the Northern District of California;

WHEREAS, on July 6, 2011, Mr. Kara pled guilty and agreed to cooperate with the government's ongoing investigation;

WHEREAS, Mr. Kara needs to travel outside the Northern District of California to pursue employment opportunities;

WHEREAS, the parties have consulted with Mr. Kara's Pretrial Services Officer, Joshua Libby, and Mr. Libby assents to this amendment of Mr. Kara's conditions of release;

WHEREAS, Mr. Kara will abide by all other conditions of his release and any other additional conditions the Court and Pretrial Services may deem appropriate;

THEREFORE, it is hereby stipulated by and between the parties that the conditions of Mr. Kara's release are amended to permit Mr. Kara to travel within the continental United States without prior authorization of the Court, provided that Mr. Kara advises Pretrial Services when he travels outside the Northern District of California.

IT IS SO STIPULATED:

Dated: July 6, 2012

MELINDA HAAG
United States Attorney

By: /s/ *Adam A. Reeves*
ADAM A. REEVES

Assistant United States Attorney

Dated: July 6, 2012

CARL H. LOEWENSON, JR.
GEORGE C. HARRIS
JUSTIN D. HOOGS
MORRISON & FOERSTER LLP

By: /s/ *George C. Harris*
GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ *George C. Harris*
GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 10, 2012

Hon. Maria-Elena James
United States Magistrate Judge