1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, New York 10104-0050
   Telephone:  (212) 468-8000
4  Facsimile:  (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15
   UNITED STATES OF AMERICA,              Case No.    09-CR-00417-EMC
16
                        Plaintiff,        **STIPULATION AND
17                                        [PROPOSED] ORDER TO
              v.                          AMEND MAHER KARA'S
18                                        CONDITIONS OF RELEASE**
   MAHER FAYEZ KARA, *et al.*,
19
                        Defendants.
20

21

22

23

24

25

26

27

28

1          Defendant Maher Kara, by and through his counsel, George C. Harris, respectfully moves

2    the Court to amend the conditions of Mr. Kara's release, pursuant to 18 U.S.C. § 3145(a)(2), to

3    permit Mr. Kara to travel within the United States without prior authorization of the Court,

4    provided that Mr. Kara advises Pretrial Services when he travels outside the Northern District of

5    California.  The United States through its counsel, Assistant United States Attorney Adam A.

6    Reeves, has no objection to amending Mr. Kara's conditions of release and stipulates to the form

7    of the order.

8          WHEREAS, by order of the Court dated April 30, 2009, Mr. Kara was released on the

9    condition that he not travel outside the Northern District of California;

10         WHEREAS, on July 6, 2011, Mr. Kara pled guilty and agreed to cooperate with the

11   government's ongoing investigation;

12         WHEREAS, Mr. Kara needs to travel outside the Northern District of California to pursue

13   employment opportunities;

14         WHEREAS, the parties have consulted with Mr. Kara's Pretrial Services Officer, Joshua

15   Libby, and Mr. Libby assents to this amendment of Mr. Kara's conditions of release;

16         WHEREAS, Mr. Kara will abide by all other conditions of his release and any other

17   additional conditions the Court and Pretrial Services may deem appropriate;

18         THEREFORE, it is hereby stipulated by and between the parties that the conditions of Mr.

19   Kara's release are amended to permit Mr. Kara to travel within the continental United States

20   without prior authorization of the Court, provided that Mr. Kara advises Pretrial Services when he

21   travels outside the Northern District of California.

22   IT IS SO STIPULATED:

23   Dated:  July 6, 2012
                                            MELINDA HAAG
24                                          United States Attorney

25

26                                          By:    /s/ *Adam A. Reeves*
                                                   ADAM A. REEVES

27                                          Assistant United States Attorney

28

| 1 | Dated: July 6, 2012 | CARL H. LOEWENSON, JR. |
| 2 | | GEORGE C. HARRIS |
| | | JUSTIN D. HOOGS |
| 3 | | MORRISON & FOERSTER LLP |

<div style="margin-left:40%">

By:   /s/ *George C. Harris*

GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

</div>

## GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

<div style="margin-left:40%">

/s/ *George C. Harris*

GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

</div>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 10, 2012

<div style="margin-left:40%">

Hon. Maria-Elena James
United States Magistrate Judge

</div>