MELINDA HAAG (CSBN 132712)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09 – 0417 EMC |
| Plaintiff, | STIPULATION AND [P~~ROPOS~~ED] ORDER |
| v. | |
| MAHER FAYEZ KARA, and MOUNIR FAYEZ KARA (also known as MICHAEL F. KARA), | |
| Defendants. | |

     WHEREAS, on July 6, 2011, Maher Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

     WHEREAS, on July 13, 2011, Mounir Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

     WHEREAS, on September 1, 2011, Bassam Yacoub Salman was indicted on charges related to this insider trading scheme;

     WHEREAS, on May 29, 2012, Karim Iskander Bayyouk was indicted on charges that are also related to this case;

WHEREAS, the Court scheduled trial in *United States v. Salman* to begin on July 19, 2013;

WHEREAS, the Court scheduled trial in *United States v. Bayyouk* to begin on August 26, 2013;

WHEREAS, the parties (1) now anticipate that Maher Kara and Mounir Kara will both be witnesses for the government in the upcoming trials pursuant to their respective cooperation agreements; (2) request that the sentencing hearings for their respective cases be adjourned until after the trials so they may complete their cooperation; and (3) request that the status conference in these cases therefore be postponed to a date that is convenient for the Court in October 2013.

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the status conference scheduled for June 19, 2013 be continued to a date convenient to the Court in October 2013 and that the time from June 19, 2013 to a date that is convenient for the Court in October 2013 shall be excluded in computing the time within which the trial of the offense alleged in the Indictment must commence under Title 18, United States Code, Section 3161 for defendants Maher Kara and Mounir Kara.

DATED: June 18, 2013

MELINDA HAAG
United States Attorney

/s/
_____
Adam A. Reeves
Assistant United States Attorney

DATED: June 18, 2013

/s/
_____
Carl H. Loewenson, Jr.
George C. Harris, Esq.
MORRISON & FOERSTER, LLP
Counsel for Maher Kara

DATED: June 18, 2013

/s/
_____
Ismail Ramsey, Esq.
Miles Ehrlich, Esq.
RAMSEY & EHRLICH LLP
Counsel for Mounir Kara

On the basis of material submitted to the Court,

**IT IS HEREBY ORDERED** that:

The ends of justice are served by finding that a continuance of the status hearing for defendants Maher Kara and Mounir Kara from June 19, 2013 to October 30, 2013 outweighs the best interests of the public and the defendants in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from June 19, 2013 to October 30, 2013 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv), and the status conference scheduled for June 19, 2013 is hereby continued to October 30 2013.

DATED:    June 18, 2013



_____
M. CHEN
District Court
California

*United States v. Kara, et al.*, Case No. CR 09 - 0417 EMC
STIPULATION AND[ PROPOSED] ORDER